AO 233
(REV. 8/53)

# United States District Court

FOR THE
WESTERN DISTRICT OF KENTUCKY

08343 M

| | |
|---|---|
| UNITED STATES OF AMERICA VS. | **Violation Notice Number(s)**: A2405656 / KW-11    **Violation Date(s)**: 9/21/07 |
| ALANA C.M. BECK<br>4126-B DIXIE RD<br>FORT CAMPBELL, KY 42223<br><br>*Defendant* | 18 USC 113(a)(5)<br><br>SIMPLE ASSAULT |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ 175.00 may be Forfeited in Lieu of Appearance.

Date: April 22, 2008

_____
United States Magistrate Judge

---

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

Name _____ Title _____ District _____

Date _____ Signature _____

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 September 2007 while exercising my duties as a law enforcement officer in the Western District of Kentucky

The reverse listed husband PFC Richard Beck to have repeatedly attempted to strike her in the face, and placed up but only able to actually strike him on the forearm.

The foregoing statement is based upon:
my personal observation  X  my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 09/21/2007
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 10/18/2007 14:59:28

---

### United States District Court Violation Notice

Violation Number: A 2405856
Location Code: KW11
Officer Name: SPC Nieves
Officer No: N519

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 09/21/2007
Offense Charged: 18 USC 113 A 5
Place of Offense: 4126 B Dixie Rd
Offense Description: Simple Assault

B/E/M/W

**DEFENDANT INFORMATION**
Last Name: Beck
First Name: Alonzo
MI: C.M.
Street Address: 4126 B Dixie Rd
City: Fort Campbell
State: KY
Zip: 42223
DL No: 28378555
DL State: PA
DOB: 2/24/1987
Sex: M
Eyes: BR
Height: 5'9"
Weight: Z-LO

VEHICLE DESCRIPTION

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
**B** [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 150 Forfeiture Amount
+ $25 Processing Fee
$ 175 Total Collateral Due

YOUR COURT DATE

Court Address: 35th St and Indiana, Fort Campbell, KY 42223

X Defendant Signature: _____

# MILITARY POLICE REPORT - ADDITIONAL SUBJECTS
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

This form is a continuation of SECTION III, DA Form 3975.
Please attach it to DA Form 3975 when completed.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 United States Code Section 301 Title 5 United States Code Section 2951 Executive Order 9397 dated Nov 22, 1943(SSN)
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your Social Security Number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your Social Security Number is voluntary.

| Military Police Report Number | Date (YYYY/MM/DD) | ORI NUMBER | USACRC CONTROL NUMBER |
|---|---|---|---|
| 05234-2007-MPC033 | 2007/09/26 | KY02405DM | 2007-MPC033-2557W-5C2B |

| THRU: | TO: COMMANDER<br>DHHS 87TH INF, BLDG 6904 DESERT STORM AVE<br>FT CAMPBELL, KY US 42223 | FROM:<br>ATTN: PROVOST MARSHAL<br>123 FORREST ROAD<br>FT CAMPBELL, KY US 42223 |
|---|---|---|

## Section III - Subject

| 1a. SUBJECT NO: 2 | 1b. NAME (Last, First, Middle Name, JR., Sr., III): BECK, ALANA C.M. | 1c. SSN/FNN/ALIEN REG NO: 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 | 1d. PROTECTED IDENTITY: |
|---|---|---|---|

**1e. CATEGORY:**
- [ ] A Army
- [ ] C Coast Guard
- [ ] F Air Force
- [ ] H Public Health
- [ ] M Marine
- [ ] N Navy
- [ ] O NOAA
- [X] P Family Member
- [ ] O Civil Service
- [ ] R Civilian
- [ ] S Contractor
- [ ] T Other Gov. Empl.
- [ ] U Foreign Nat'l Empl.
- [ ] V Other Foreign Nat'l
- [ ] W Retired Military

| 1f. DOB (YYYY/MM/DD): 1988/02/28 | 1g. POB: CITY, STATE, COUNTRY: PITSBURG, PA US | 1h. GRADE: FM/W | 1i. HOME PHONE: (412) 320-9163 |
|---|---|---|---|
| 1j. WORK PHONE: | 1k. NICKNAMES/ALIAS: | 1l. CITIZENSHIP: [ ] US [ ] Resident Alien: | [ ] Country (Specify): |
| 1m. COMPONENT [ ] G Nat'l Guard [ ] R Regular [ ] V Reserves | 1n. DRIVER LICENSE NO: 28378565 | 1o. IS LICENSE [ ] FR Foreign [ ] IT International | [ ] State (Specify): |
| 2a. ORGANIZATION, UIC, STREET ADDRESS: | 2b. INSTALLATION/CITY: | | 2d. Zip/APO: |
| | 2c. STATE/COUNTRY: | | 2e. UNIT PHONE: |
| 3a. RESIDENCE STREET ADDRESS: 4126-B DIXIE ROAD | 3b. INSTALLATION/CITY: FT CAMPBELL | | 3d. ZIP/APO: 42223 |
| | 3c. STATE/COUNTRY: KY US | | |

**4a. HAIR COLOR:**
- [ ] Brown
- [ ] Blond
- [X] Black
- [ ] Gray
- [ ] Red
- [ ] White
- [ ] Other (Specify)

**4b. EYE COLOR:**
- [X] Brown
- [ ] Black
- [ ] Gray
- [ ] Blue
- [ ] Green
- [ ] Hazel
- [ ] Violet

**4c. COMPLEXION:**
- [ ] Albino
- [ ] Black
- [ ] Dark
- [X] Dark Brown
- [ ] Fair
- [ ] Light
- [ ] Light Brown
- [ ] Medium
- [ ] Medium Brown
- [ ] Ruddy
- [ ] Yellow
- [ ] Sallow
- [ ] Olive

**4d. AGE RANGE (Specify):**

**4e. HEIGHT:** 5 ft. 03 in.

**4f. WEIGHT:** 220

**5. JUVENILE:** [ ] Yes [X] No

**6. SEX:** [ ] Male [X] Female [ ] Unknown

**7. RACE:**
- [ ] A Asian/Pac. Islander
- [X] B Black
- [ ] I American Indian/Alaskan Native
- [ ] W White
- [ ] U Unknown

**8. ETHNICITY:**
- [ ] H Hispanic
- [X] N Not of Hispanic Origin
- [ ] U Unknown

**9. IDENTIFYING MARKS AND LOCATION:**

**10. HOW DRESSED AT TIME OF INCIDENT (Clothing, Materials, Colors):**

**11. OFFENDER'S DISPOSITION:** RELEASED ON OWN RECOGNIZANCE

DA FORM 3975-2, JUN 2001   06234-2007-MPC033   Page 7 of 12

6234 07.   405 07.

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT
**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).
**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.
**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.
**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Ft. Campbell Ky 42223 | 20070921 | 1646 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Beck, Richard, Galen Jr. | | E3/Active |

**8. ORGANIZATION OR ADDRESS**
1/187th D co

**9.**

I, Richard G. Beck Jr., WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

It started this morning because my mom has the other car key then she got mad we argued a little bit then it ended. Now its around 1500 I come home from fellay guard at work from 1200-1400 she just started flipping out throwing my clothes all over the place and hitting me. So I ran out the house to go next door to my neighbors house to call the MP's.

Q: Pfc Kimberly
A: Richard Beck
Q: Why were you arguing in the morning?
A: Over my other car key I left with my mom.
Q: Was there any physical altercations at that time?
A: No
Q: When you came home at 1500 why your wife was throwing clothes out [illegible]?
A: I told her to quit calling my mom [illegible] she would do it again, so out of nowhere she just started throwing clothes out she took my car keys & hid them & then she pushed me out of nowhere then just started going crazy on me then I ran out the house to my next door neighbors to call MP's.
Q: Where did she hit you and how many times?
A: She hit me twice, once on the side of my face & once in my chest.
Q: After she hit you did you run directly to your neighbor's house?
A: I pushed her away from me, then ran.
Q: When you pushed her did she fall or get injured in any way?
A: No

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006    DA FORM 2823, DEC 1998, IS OBSOLETE

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Richard␣␣Bell   TAKEN AT FMa   DATED 22 Sept 07

RB

B. STATEMENT (Continued)

Q: Do you have any injuries at this time? RB
A: Yes my wrist RB
Q: How did you injure your wrist?
A: They took all our h&s RB
Q: Was there any Alcohol or drugs involved?
A: NO RB
Q: Do you need any medical attention at this time?
A: NO RB
Q: Do you have anything else to add to this statement?
A: NO /// ———————————— ///END OF STATEMENT/// ———————— ///

RB

INITIALS OF PERSON MAKING STATEMENT
RB

PAGE 2 OF 2 PAGES

DA FORM 2823, NOV 2006   APD PE v1.00

6234 07   405 07

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 4126 C. Dixie Rd. | 2007/04/21 | 1617 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| WEIMER, TRAVIS ADAM | | E3 |

**8. ORGANIZATION OR ADDRESS**
4126 C. Dixie Rd. Ft Campbell, KY. 42223

**9.** I, Travis Adam Weimer, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

TAW At this time 1520 on 21 Sep 2007 I heard my neighbor's Rick Beck and Alana Beck argueing back and forth. I couldn't really hear what was being said at first because their baby was crying. I heard a couple of bangs from in their livingroom. I'm pretty sure I heard him but it might have been her who said "Why you hitting me?" I then heard another couple bangs and then heard Alana start crying and Rick came over to my house and started ringing my doorbell. I answered the door and he said Alana and him had been argueing and he wanted to call the MP's. I got the number and he called. While we were waiting he told me he didn't need this before Iraq and he was done with her. TAW

Q. MILLER
A. WEIMER, TRAVIS TAW
Q. WHO SAID, "WHY ARE YOU HITTING ME?"
A. I THINK IT WAS HIM BECAUSE IT WAS A DEEP VOICE TAW

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | TAW | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998       DA FORM 2823, JUL 72, IS OBSOLETE        USAPA-V1.00

405 07

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF **WEIMER TAV** TAKEN AT **4126 TAV** DATED **21 SEP 07 TAV**

8. STATEMENT (Continued)

Q. DID HE EXPLAIN ANYTHING THAT HAPPENED?
A. WHEN HE CAME OVER HE WAS BREATHING REAL HARD. HE ASKED TO GET THE NUMBER FOR THE MP'S AND I ASKED WHAT HAPPENED. HE SAID HIM AND HIS WIFE WERE ARGUING ABOUT SOMETHING THAT HAPPENED LAST WEEK, HE SAID DURING TODAY'S ARGUMENT SHE GOT UPSET, SHE STARTED SWINGING AT HIM AND I ASKED IF IT WAS SLAP OR FIST AND HE SAID SHE WAS PUNCHING HIM. I ASKED IF HE SWUNG BACK HE SAID HE DIDN'T SWING BACK HE WAS TRYING TO BLOCK SHOTS. HE SAID WHEN HE PUSHED HER BACK HE MIGHT'VE GOT HER IN THE FACE. TAV

Q. AS THEIR NEXT DOOR NEIGHBOR DO YOU HEAR THEM FIGHT A LOT?
A. NO. NOT REALLY THEY WERE ALWAYS REALLY FRIENDLY TOWARDS US AND EACH OTHER. WE'VE HAD THEM OVER FOR DINNER'S. TAV

Q. DID YOU HEAR ANY SLAPS OR HITS?
A. NO, ALL I HEARD WAS BANGING AND I DIDN'T KNOW WHAT IT WAS. TAV

Q. DID YOU GO OVER TO SEE ANYTHING?
A. NO, I HADN'T BEEN IN THE HOUSE. TAV

Q. DID YOU NOTICE HIM HOLDING ANY PARTS OF HIS BODY IN PAIN OR ANYTHING LIKE THAT?
A. NO, HE WAS JUST BREATHING HARD. TAV

Q. DID HE CHECK HIMSELF OUT IN THE MIRROR OR LOOK OVER HIS BODY FOR INJURIES?
A. NO. HE JUST TOOK OFF HIS GLASSES TO MAKE SURE THEY WERE STRAIGHT. TAV

Q. DO YOU HAVE ANYTHING ELSE YOU WISH TO ADD TO THIS STATEMENT?
A. NO. TAV /// END OF STATEMENT ///

INITIALS OF PERSON MAKING STATEMENT
TAV

PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998

| Section VII - Narrative |
|---|

INVESTIGATION REVEALED THAT BECK,R (HUSBAND) AND BECK,A (WIFE) WERE INVOLVED IN A VERBAL DISPUTE, OVER ALLEGED MARITAL INDISCRETIONS, WHICH ESCALATED INTO A PHYSICAL ALTERCATION WHEN BECK,R PUSHED BECK,A STARTED TO PUSH AND PUNCH EACH OTHER. UPON ARRIVAL OF MILITARY POLICE, BECK,R WAS APPREHENDED AND TRANSPORTED TO THE MP STATION, WHERE HE WAS ADVISED OF HIS LEGAL RIGHTS, WHICH HE WAIVED RENDERING A SWORN WRITTEN STATEMENT. BECK, R WAS FURTHER PROCESSED, ISSUED (1) DD FORM 1805 AND RELEASED TO HIS UNIT ON A DD FORM 2708. BECK,A WAS ISSUED (1) DD FORM 1805 AND RELEASED ON SCENE. ALL PARTIES INVOLVED WERE ADVISED OF THE MANDATORY (72) HOUR COOLING OFF PERIOD. CASE CONTINUED TO MPI. ALCOHOL: NONE SOLDIER HAS NOT BEEN DEPLOYED WITH THE LAST 12 MONTHS EXTRACTS: 3 BCT

STATUS: AFTER FURTHER INVESTIGATION IT WAS FOUND THAT THE DOMESTIC ASSAULT CHARGES AGAINST BOTH PARTIES INVOLVED WERE MUTUAL COMBATIVNESS. THIS CASE IS CONSIDERED CLOSED IN THIS OFFICE. ALCOHOL INVOLVED: UNKNOWN. SOLDIER IS DEPLOYED AT THIS TIME. EXTRACTS: 3RD BCT. HOUSING.

| 1. Enclosures: | 2. Distribution: | 3. Name: JOSEPH W. VARNEY |
|---|---|---|
| V1 A. BECK : SWORN STATEMENT (DA 2823) [1]<br>V1 A. BECK : RECEIPT FOR PRISONER (DD 629/2708) [1]<br>V1 A. BECK : RIGHTS WAIVER (DA 3881) [1]<br>V1 A. BECK : FT CAMPBELL INFORMATION SHEET [1]<br>V2 R. BECK : SWORN STATEMENT (DA 2823) [1]<br>V2 R. BECK : RECEIPT FOR PRISONER (DD 629/2708) [1]<br>V2 R. BECK : RIGHTS WAIVER (DA 3881) [1]<br>V2 R. BECK : FT CAMPBELL INFORMATION SHEET [1]<br>S1 R. BECK : SWORN STATEMENT (DA 2823) [1]<br>S1 R. BECK : RECEIPT FOR PRISONER (DD 629/2708) [1] | 3 BCT<br>HOUSING | 4. Grade: MAJ/O-4 |
| | | 5. Title Of Reporting Official: PROVOST MARSHAL |
| | | 6. Signature: |

DA FORM 3975, JUN 2001   06234-2007-MPC033-1   5   Page 5 of 12

6234 07

405 07